IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA MCDONALD and GIOVANNI CHIAZZESE,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LOWE'S COMPANIES, INC.,<br>　　　　　　Defendant. | Civil Action No. 08-cv-219 |

**ORDER**

AND NOW, this 24th day of September, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED that defendant's motion for summary judgment (docket no. 21) is GRANTED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/ s / Louis H. Pollak, J.
　　　　　　　　　　　　　　　　　　Pollak, J.